**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BT WEARABLES LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:23-CV-00343-JRG |
| | § | |
| DILLARDS INC., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal (the "Stipulation"). (Dkt. No. 28.)

In the Stipulation, the parties agree to the dismissal of all claims and counterclaims in the above-

captioned case. (*Id.*)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that

all claims and causes of action asserted by the parties in the above-captioned case are **DISMISSED**

**WITHOUT PREJUDICE**. It is further **ORDERED** that each party bear its own costs, attorneys'

fees, and expenses. The Clerk is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 31st day of January, 2024.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE